CURTIS J. MORRIS (State Bar No. 098662)
LAW OFFICES OF CURTIS J. MORRIS
370 W. Napa Street
Sonoma, CA 95476
Tel: (707)938-0861
Fax: (707)938-0880

XAVIER A.M. LAVOIPIERRE (State Bar No. 132798)
LAW OFFICE OF XAVIER A.M. LAVOIPIERRE
809 Broadway, Suite 5
P. O. Box 256
Sonoma, CA 95476
Tel: (707)938-1611
Fax: (707)938-4223

DANIEL S. MOUNT (State Bar No. 077517)
DANIEL H. FINGERMAN (State Bar No. 229683)
BOBBIE N. EFTEKAR (State Bar No. 240102)
ON LU (State Bar No. 242693)
MOUNT & STOELKER, P.C.
333 West San Carlos St, Suite 1650
San Jose, CA 95110
Tel: (408) 279-7000
Fax: (408) 998-1473

Attorneys for Defendant
SONOMA CHEESE FACTORY, LLC and
L. PETER VIVIANI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONOMA FOODS, INC., a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>SONOMA CHEESE FACTORY, LLC, a California limited liability company,<br><br>        Defendant. | Case No. 3:07-CV-00554 (JSW)<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER FOR INTERVENTION OF PETER VIVIANI** |
| SONOMA CHEESE FACTORY, LLC, a California corporation; and L. PETER VIVIANI, an individual,<br><br>        Counterclaimants,<br>   v.<br><br>SONOMA FOODS, INC., a California limited liability company,<br><br>        Counterdefendant. | Hon. Judge Jeffrey S. White<br>U.S. District Judge |

The parties, by and through their counsel of record, submit that good cause exists for the following stipulation and accordingly stipulate as follows:

1. L. PETER VIVIANI ("Peter") is the owner of SONOMA CHEESE FACTORY, LLC ("Cheese Factory"), the defendant and counterclaimant in this action.

2. Cheese Factory plans to file compulsory counterclaims that concern Peter's rights. There is substantial risk that this litigation will impair those rights.

3. Peter's rights cannot be protected by Cheese Factory because the rights are solely owned by Peter.

4. Therefore, Peter will Intervene under Rule 24(a)(2) as a counterclaimant to this action.

Dated: March 7, 2007

By: /s/ Curtis J. Morris
Curtis J. Morris, Esq.
LAW OFFICES OF CURTIS J. MORRIS

By: /s/ Xavier A.M. Lavoipierre
Xavier A.M. Lavoipierre, Esq.
LAW OFFICE OF XAVIER A.M. LAVOIPIERRE

By: /s/ On Lu
Daniel S. Mount, Esq.
Daniel H. Fingerman, Esq.
Bobbie N. Eftekar, Esq.
On Lu, Esq.
MOUNT & STOELKER, P.C.

Attorneys for Counterclaimants
SONOMA CHEESE FACTORY, LLC; and
L. PETER VIVIANI

| | | |
|---|---|---|
| 1 | Dated: March 7, 2007 | By: /s/ Kathryn J. Allen |
| 2 | | Robert W. Shapiro, Esq. |
| | | Kathryn J. Allen, Esq. |
| 3 | | SHAPIRO BUCHMAN PROVINE & PATTON LLP |
| 4 | | Attorneys for Plaintiff |
| 5 | | SONOMA INC. |

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: March 13, 2007

*/s/ Jeffrey S. White*

Judge Jeffery S. White
United States District Court Judge
Northern District of California

## ATTESTATION OF ELECTRONIC FILING

As the attorney e-filing this document, I hereby attest that Curtis J. Morris, Xavier A.M. Lavoipierre, Daniel S. Mount, and Kathryn J. Allen have all concurred in this filing.

Dated: March 8, 2007      By:   /s/ On Lu

On Lu, Esq.
MOUNT & STOELKER, P.C.