**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    SONOMA FOODS, INC.,

10              Plaintiff,                          No. C 07-00554 JSW

11        v.

12   SONOMA CHEESE FACTORY, LLC, et al.,        **ORDER SETTING BRIEFING**
                                                **SCHEDULE ON SONOMA**
13              Defendants.                      **FOOD'S MOTION TO DISMISS**
     _____

14
     AND RELATED COUNTERCLAIMS
15   _____/

16

17         This matter is set for a hearing on May 25, 2007 at 9:00 a.m. on the motion to dismiss

18   filed by plaintiff and counter-defendant Sonoma Food, Inc.  Defendants Sonoma Cheese

19   Factory, LLC and L. Peter Viviani's opposition brief to the motion shall be filed by no later

20   than Friday, April 27, 2007 and a reply brief, if any, shall be filed by no later than Friday, May

21   4, 2007.

22         If the Court determines that the matter is suitable for resolution without oral argument, it

23   will so advise the parties in advance of the hearing date.  If the parties wish to modify this

24   schedule, they may submit for the Court's consideration a stipulation and proposed order

25   demonstrating good cause for any modification requested.

26         **IT IS SO ORDERED.**

27

28   Dated: April 13, 2007                      _____
                                                 JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28