IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOMA FOODS, INC., | |
| Plaintiff, | No. C 07-00554 JSW |
| v. | |
| SONOMA CHEESE FACTORY, LLC, et al., | **ORDER (1) CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE AND (2) SETTING BRIEFING SCHEDULE ON SONOMA FOOD'S MOTION TO STRIKE** |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

     Plaintiff and counter-defendant Sonoma Food, Inc. filed a special motion to strike pursuant to California Code of Civil Procedure 425.16 and noticed it for hearing on May 25, 2007, a date that was not open for new motions. Accordingly, the Court HEREBY CONTINUES the hearing on the special motion to strike, as well as on the motion to dismiss filed by Sonoma Food, to June 15, 2007, the next open date. This Order does not alter the briefing schedule set by the Court on the motion to dismiss.

     The Court issues the following briefing schedule with respect to special motion to strike: Defendants Sonoma Cheese Factory, LLC and L. Peter Viviani's opposition shall be filed by no later than Friday, May 4, 2007 and Sonoma Food's reply, if any, shall be filed by no later than Friday, May 11, 2007. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

1  The Court FURTHER ORDERS that the Case Management Conference is
2  CONTINUED to June 15, 2007, immediately following the hearing on the pending motion to
3  dismiss and special motion to strike.
4  **IT IS SO ORDERED.**

Dated: April 20, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE