```
1  John H. Patton, Cal. SBN 069261
   Kathryn J. Allen, Cal. SBN 196544
2  SHAPIRO BUCHMAN PROVINE & PATTON LLP
   1333 North California Boulevard., Suite 350
3  Walnut Creek, CA 94596
   Telephone:  (925) 944-9700
4  Facsimile:  (925) 944-9701
   E-mail:     jpatton@sbllp.com
5
   Attorneys for Plaintiff and Counterdefendant
6  SONOMA FOODS, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOMA FOODS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SONOMA CHEESE FACTORY, LLC, a California limited liability company and DOES 1 THROUGH 50, inclusive,<br><br>　　　　Defendants. | No. 3:07 –CV-00554-JSW<br><br>**STIPULATION TO ALTERED BRIEFING SCHEDULE ON SONOMA FOODS' MOTION TO DISMISS AND ANTI-SLAPP MOTION; ORDER THEREON** |
| AND RELATED CROSS-ACTION. | Date: May 25, 2007<br>Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor (Hon. Jeffrey S. White) |

**WHEREAS,** the motion of plaintiff and counterdefendant Sonoma Foods, Inc. to dismiss the counterclaims is set for hearing on ~~May 25~~ June 15, 2007;

**WHEREAS,** on April 13, 2007, the Court ordered the matter set for briefing schedule wherein the opposition to said motion to dismiss is required to be filed no later than Friday, April 27, 2007, and a reply brief, if any, shall be filed no later than Friday, May 4, 2007;

**WHEREAS,** on April 18, 2007, plaintiff and counterdefendant Sonoma Foods, Inc.

filed a special motion to strike the counterclaims pursuant to Section 425.16 of the California Code of Civil Procedure, that is set for hearing on ~~May 25~~ June 15, 2007, the same date as the motion to dismiss;

**WHEREAS,** counsel for plaintiff and counterdefendant Sonoma Foods, Inc., John H. Patton, has a prescheduled family vacation wherein he will be absent from the State of California during the period from April 30, 2007, through May 7, 2007;

Now, therefore, **IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

Upon order of the Court, the above briefing schedule shall be modified as follows: Opposition to both the above-referenced motion to dismiss counterclaims and special motion to strike counterclaims shall be filed no later than Friday, May 4, 2007; and reply papers, if any, shall be filed no later than May 11, 2007.

Dated: April 18, 2007    SHAPIRO BUCHMAN PROVINE & PATTON, LLP

By: /s/
John H. Patton
Attorneys for Plaintiff and Counterdefendant
Sonoma Foods, Inc.

Dated: April 20, 2007    MOUNT & STOELKER, P.C.

By: /s/
Daniel S. Mount

Dated: April 19, 2007    CURTIS J. MORRIS

By: /s/
Curtis J. Morris

Dated: April 19, 2007    XAVIER A. M. LAVOIPIERRE

By: /s/
Xavier A. M. Lavoipierre

Co-Counsel for Defendant, Intervenor, and Counterclaimants Sonoma Cheese Factory, LLC and L. Peter Viviani

SHAPIRO BUCHMAN
PROVINE & PATTON LLP
ATTORNEYS AT LAW
WALNUT CREEK

2

BRIEFING SCHEDULE ORDER    (3:07-CV-00554 (JSW)

1  THE FOREGOING IS HEREBY ORDERED.

2

3  Dated: April 25, 2007

4

5  _____
   *Jeffrey S. White*
6  JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

7

8

9  200968.1

10-28