IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONOMA FOODS, INC.,

    Plaintiff,

v.

SONOMA CHEESE FACTORY, LLC, et al.,

    Defendants.

AND RELATED COUNTERCLAIMS

No. C 07-00554 JSW

**ORDER SETTING BRIEFING SCHEDULE ON SONOMA FOOD'S MOTION TO DISMISS AND MOTION TO STRIKE**

    This matter is set for a hearing on October 19, 2007 at 9:00 a.m. on the motions to dismiss and to strike filed by plaintiff and counter-defendant Sonoma Food, Inc. Defendants Sonoma Cheese Factory, LLC and L. Peter Viviani's opposition brief to the motion shall be filed by no later than Friday, September 21, 2007 and a reply brief, if any, shall be filed by no later than Friday, September 28, 2007.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: September 7, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE