**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONOMA FOODS, INC.,

    Plaintiff,

  v.

SONOMA CHEESE FACTORY, LLC, et al.,

    Defendants.

AND RELATED COUNTERCLAIMS
    /

No. C 07-00554 JSW

**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

    Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 this matter is referred to a randomly-assigned magistrate judge to conduct a settlement conference. The settlement conference shall be conducted within ninety days, if possible.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED.**

Dated: October 30, 2007

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

cc:    Wings Hom