John H. Patton, Cal. SBN 069261
Kathryn J. Allen, Cal. SBN 196544
SHAPIRO BUCHMAN PROVINE & PATTON LLP
1333 North California Boulevard., Suite 350
Walnut Creek, CA 94596
Telephone: (925) 944-9700
Facsimile: (925) 944-9701
E-mail: jpatton@sbllp.com

Attorneys for Plaintiff and Counterdefendant
Sonoma Foods, Inc.

Daniel S. Mount, Cal. SBN 077517
MOUNT & STOELKER, P.C.
333 West San Carlos Tr., Suite 1650
San Jose, CA 95110
Telephone: (408) 279-7000

Elise R. Vasquez, Esq., Cal. SBN 201190
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 780-1631

Curtis J. Morris, Cal. SBN 098662
370 W. Napa Street
Sonoma, CA 95476
Telephone: (707) 938-0861

Attorneys for Defendant and Counterclaimant
Sonoma Cheese Factory, LLC, and for Counterclaimant
L. Peter Viviani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOMA FOODS, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SONOMA CHEESE FACTORY, LLC, a California limited liability company and DOES 1 THROUGH 50, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. 3:07-CV-00554-JSW<br><br>**STIPULATION FOR ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER THEREON**<br><br>Courtroom: 2, 17th Floor (Hon. Jeffrey S. White) |

## STIPULATION FOR ORDER GRANTING LEAVE TO FILE
## FIRST AMENDED COMPLAINT

**WHEREAS,** plaintiff and counterdefendant Sonoma Foods, Inc., wishes to file the proposed First Amended Complaint in the form attached hereto; and

**WHEREAS,** without admitting or agreeing with the propriety of any of the allegations or theories of the proposed First Amended Complaint, defendant and counterclaimants Sonoma Cheese Factory, LLC and L. Peter Viviani wish to conserve judicial resources by avoiding the necessity of a motion seeking leave to amend; now, therefore,

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS,** by and between plaintiff and counterdefendant Sonoma Foods, Inc. and defendant and counterclaimants Sonoma Cheese Factory, LLC and L. Peter Viviani, by and through their respective lead counsel:

1. That the Court may enter an Order granting plaintiff and counterdefendant Sonoma Foods, Inc. leave to file the First Amended Complaint in the form attached hereto.

2. That upon filing and service of the First Amended Complaint, the respective defendants shall have thirty (30) days in which to file their responses, unless further extended by agreement of the parties and/or Order of the Court.

**THE FOREGOING IS SO STIPULATED.**

Dated: 10/29, 2007

SHAPIRO BUCHMAN PROVINE & PATTON LLP

By: _____
John H. Patton
Attorneys for Plaintiff and Counterdefendant
Sonoma Foods, Inc.

| | | |
|---|---|---|
| 1 | Dated: 27 Oct. 2007 | MOUNT & STOELKER, P.C. |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Daniel H. Fingerman<br>Attorneys for Defendant and Counterclaimant |
| 5 | | Sonoma Cheese Factory, LLC and Intervenor and Counterclaimant L. Peter Viviani |

## ORDER

**THE FOREGOING IS HEREBY ORDERED.**

Dated: November 1, 2007

_____
Jeffrey S. White
UNITED STATES DISTRICT JUDGE

204478.1

3

STIPULATED ORDER – LEAVE TO FILE FIRST AMENDED COMPLAINT            (3:07-CV-00554 (JSW))