Curtis J. Morris (Cal. Bar No. 98662)
Law Offices of Curtis J. Morris
370 W. Napa Street
Sonoma CA  95476
Phone: (707) 938-0861; Fax: (707) 938-0880

Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
On Lu, Esq. (Cal. Bar No. 242693)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000; Fax: (408) 998-1473
Email: dmount@mount.com; kspelman@mount.com; dfingerman@mount.com; olu@mount.com

Attorneys for Sonoma Cheese Factory LLC, L. Peter Viviani, Maria Viviani, and Sally Gries

Michael J. Ioannou (Cal. Bar No. 95208)
Elise R. Vasquez (Cal. Bar No. 201190)
Ropers, Majeski, Kohn & Bentley
80 North First Street
San Jose CA  95113
Phone: (408) 287-6262; Fax: (408) 918-4501

Attorneys for Sonoma Cheese Factory LLC

United States District Court
Northern District of California

| | |
|---|---|
| SONOMA FOODS, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SONOMA CHEESE FACTORY, LLC, a California limited liability company and DOES 1 through 50, inclusive,<br><br>    Defendant.<br>AND RELATED COUNTERCLAIMS | Case No. 3:07-cv-00554 (JSW)<br><br>**[Proposed] Order Rescheduling Case Management Conference** |

1  Now before the court is the parties' stipulation and joint request to reschedule the Case
2 Management Conference (CMC), which is presently scheduled for Friday, January 18, 2008.
3  For good cause, the request is GRANTED. The CMC will be rescheduled to Friday, February
4 22, 2008, following the hearing on the Defendants' motion already calendared to be heard on that
5 date.

Dated: __January 9, 2008_____     _____/s/ Jeffrey S. White_____
   Hon. Jeffrey S. White
   U.S. District Judge

Case No. 3:07-cv-00554 (JSW)                                                                 Page 1
[Proposed] Order Rescheduling Case Management Conference