IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONOMA FOODS, INC.,

   Plaintiff,

  v.

SONOMA CHEESE FACTORY, LLC, et al.,

   Defendants.

AND RELATED COUNTERCLAIMS

No. C 07-00554 JSW

**ORDER RE HEARING ON PENDING MOTIONS**

  On January 4, 2008, Defendants and counter-defendants Sonoma Cheese Factory, LLC, L. Peter Viviani, Maria Viviani, and Sally Gries (collectively, "Defendants") filed a motion to dismiss the fourth claim in Plaintiff and counter-defendant Sonoma Food, Inc.'s ("Plaintiff") First Amended and Supplemental Complaint. Defendants noticed this motion to be heard on February 22, 2008. On January 18, 2008, Defendants filed a motion for partial summary judgment and noticed it to be heard on February 22, 2008. However, this date was not open when Defendants noticed their motion for partial summary judgment. On January 22, 2008, Plaintiff filed a motion to dismiss counterclaims by Maria Viviani and Sally Gries in Defendants' Third Amended Counter-complaint and noticed it to be heard on March 7, 2008.

  The Court HEREBY ORDERS that all three of these motions shall be heard on March 7, 2008 at 9:00 a.m. Plaintiff opposition to Defendants' motion to dismiss shall be due by February 1, 2008 and Defendants' reply, if any, shall be due by February 8, 2008. The

respective oppositions to Defendants' motion for partial summary judgment and Plaintiff's motion to dismiss shall be due by Wednesday, February 6, 2008 and the respective replies, if any, shall be due by Wednesday, February 13, 2008.

The Court FURTHER ORDERS that the Case Management Conference is CONTINUED to March 7, 2008, immediately following the hearing on the pending motions.

**IT IS SO ORDERED.**

Dated: January 22, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE