1  Curtis J. Morris (Cal. Bar No. 98662)
   Law Offices of Curtis J. Morris
2  370 W. Napa Street
   Sonoma CA  95476
3  Phone: (707) 938-0861; Fax: (707) 938-0880

4  Daniel S. Mount, Esq. (Cal. Bar No. 77517)
   Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
5  Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
   On Lu, Esq. (Cal. Bar No. 242693)
6  Mount & Stoelker, P.C.
7  RiverPark Tower, Suite 1650
   333 West San Carlos Street
8  San Jose CA  95110-2740
   Phone: (408) 279-7000; Fax: (408) 998-1473
9  Email: dmount@mount.com; kspelman@mount.com; dfingerman@mount.com; olu@mount.com

10 Attorneys for Sonoma Cheese Factory LLC, L. Peter Viviani, Maria Viviani, and Sally Gries

11 Michael J. Ioannou (Cal. Bar No. 95208)
   Elise R. Vasquez (Cal. Bar No. 201190)
12 Ropers, Majeski, Kohn & Bentley
   80 North First Street
13 San Jose CA  95113
14 Phone: (408) 287-6262; Fax: (408) 918-4501

15 Attorneys for Sonoma Cheese Factory LLC

United States District Court
Northern District of California

| | |
|---|---|
| SONOMA FOODS, INC., a California corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>SONOMA CHEESE FACTORY, LLC, a California limited liability company and DOES 1 through 50, inclusive,<br><br>             Defendant.<br>AND RELATED COUNTERCLAIMS | Case No. 3:07-cv-00554 (JSW)<br><br>**[Proposed] Order (1) to Reschedule Hearing and Case Management Conference, (2) to Dismiss Counterclaims Without Prejudice, and (3) to Amend Counterclaims** |

1   Now before the court is the parties' Stipulation (1) to Reschedule Hearing and Case
2  Management Conference, (2) to Dismiss Counterclaims Without Prejudice, and (3) to Amend
3  Counterclaims.  For good cause, the requested relief is GRANTED:
4   (1) The hearing and Case Management Conference (CMC) currently set for March 28, 2008
5  will be rescheduled for April 4, 2008 at 9:00 a.m.  This does not affect the briefing schedule
6  previously ordered by this court.
7   (2) Maria Viviani and Sally Gries have voluntarily dismissed without prejudice their
8  counterclaims pursuant to FRCP Rule 41(a)(1)(A)(ii).  Accordingly, Sonoma Foods Inc.'s pending
9  Motion to Dismiss Third Amended Counterclaims of Counterclaimants Maria Viviani and Sally
10 Gries Pursuant to F.R.C.P. Rule 12(b)(6) is moot and is taken off-calendar.
11   (3) Sonoma Cheese Factory LLC and Peter Viviani are permitted to file a First Amended
12 Answer to First Amended and Supplemental Complaint and Counterclaims pursuant to the parties'
13 stipulation.

Dated: __February 5, 2008_____          _____
                                              Hon. Jeffrey S. White
                                              U.S. District Judge

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

Case No. 3:07-cv-00554 (JSW)                                                    Page 1
[Proposed] Order