IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOMA FOODS, INC., | |
| Plaintiff, | No. C 07-00554 JSW |
| v. | |
| SONOMA CHEESE FACTORY, LLC, et al., | **ORDER (1) DENYING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND (2) GRANTING DEFENDANTS' MOTION TO DISMISS INDIRECT MISAPPROPRIATION CLAIM** |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

Now before the Court are defendants and counter-claimants Sonoma Cheese Factory, LLC ("Cheese Factory"), L. Peter Viviani, Maria Viviani, and Sally Gries' (collectively, "Defendants") motion for partial summary judgment and motion to dismiss plaintiff and counter-defendant Sonoma Foods, Inc.'s ("Plaintiff") indirect misappropriation claim. The Court finds that these matters are appropriate for disposition without oral argument and the matters are deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for April 4, 2008 is VACATED. Having carefully reviewed the parties' papers, considered their arguments and the relevant legal authority, the Court hereby DENIES Defendants' motion for partial summary judgment and GRANTS Defendants' motion to dismiss Plaintiff's indirect misappropriation claim.[1]

---

[1] The Court HEREBY GRANTS Defendants' motion to file under seal Exhibit E attached to the declaration of L. Peter Viviani.