1  Curtis J. Morris (Cal. Bar No. 98662)
   Law Offices of Curtis J. Morris
2  370 W. Napa Street
   Sonoma CA 95476
3  Phone: (707) 938-0861; Fax: (707) 938-0880

4  Daniel S. Mount, Esq. (Cal. Bar No. 77517)
   Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
5  Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
   On Lu, Esq. (Cal. Bar No. 242693)
6  Mount & Stoelker, P.C.
7  RiverPark Tower, Suite 1650
   333 West San Carlos Street
8  San Jose CA 95110-2740
   Phone: (408) 279-7000; Fax: (408) 998-1473
9  Email: dmount@mount.com; kspelman@mount.com; dfingerman@mount.com; olu@mount.com

10 Attorneys for Sonoma Cheese Factory LLC, L. Peter Viviani, Maria Viviani, and Sally Gries

11 Michael J. Ioannou (Cal. Bar No. 95208)
   Elise R. Vasquez (Cal. Bar No. 201190)
12 Ropers, Majeski, Kohn & Bentley
13 80 North First Street
   San Jose CA 95113
14 Phone: (408) 287-6262; Fax: (408) 918-4501

15 Attorneys for Sonoma Cheese Factory LLC

16                United States District Court
                  Northern District of California
17

18 SONOMA FOODS, INC., a California          ) Case No. 3:07-cv-00554 (JSW) (WDB)
   corporation,                              )
19                                           ) [Proposed] Order Allowing Telephonic
              Plaintiff,                     ) Appearance at Settlement Conference
20                                           )
   vs.                                       )
21 SONOMA CHEESE FACTORY, LLC, a             ) Date:      May 8, 2008
   California limited liability company and  ) Time:      1:00 p.m.
22 DOES 1 through 50, inclusive,             ) Courtroom: 4, Third Floor
                                             ) Judge:     Hon. Wayne D. Brazil
23            Defendant.                     )
   AND RELATED COUNTERCLAIMS                 )
24                                           )
                                             )
25                                           )

26
27
28

1  Now before the court is the Defendants' renewed request to appear telephonically at the
2  settlement conference on May 8, 2008. For good cause, the request is GRANTED.

3
4  Dated: 5-6-08                          _____
                                          Hon. Wayne D. Brazil
5
6
7  Z:\CLIENTS\S CLIENTS\Sonom001\Attorney_Notes\Working Pleadings\Proposed Order re telephonic appearance at settlement conference.doc

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

Case No. 3:07-cv-00554 (JSW) (WDB)
[Proposed] Order Allowing Telephonic Appearance at Settlement Conference

Page 1