MICHAEL J. IOANNOU (SBN 95208)
  mioannou@ropers.com
ELISE R. VASQUEZ (SBN 201190)
  evasquez@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
50 W. San Fernando Street, Suite 1400
San Jose, CA  95113
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501

Attorneys for Defendant
SONOMA CHEESE FACTORY, LLC

Curtis J. Morris (SBN 098662)
Law Offices of Curtis J. Morris
370 W. Napa Street
Sonoma, CA 94576
Telephone:  (707) 938-0861

Attorneys for Defendants and Counterclaimants
SONOMA CHEESE FACTORY, LLC, PETE VIVIANI, MARIA VIVIANI and SALLY GRIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOMA FOODS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONOMA CHEESE FACTORY, LLC, a California limited liability company and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | CASE NO.  3:07-CV-00554 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

The parties, through their respective counsel, hereby stipulate and request the Court for an Order to continue the Case Management Conference scheduled for Friday, July 11, 2008 at 1:30 p.m., for good cause as set forth below:

WHEREAS the parties attended a settlement conference with Magistrate Judge Wayne D. Brazil on May 8, 2008;

1  WHEREAS the parties reached a settlement at that conference that was placed on the
2  record;

3  WHEREAS the parties agreed, but for one issue, to a written settlement agreement;

4  WHEREAS an issue has arisen in regards to Sonoma Cheese Factory, LLC's
5  understanding of the dismissal of the actions pending before the United States Trademark and
6  Patent Office which is part of the written settlement agreement;

7  WHEREAS Judge Brazil retained jurisdiction to resolve any issues arising out of
8  finalizing the written settlement agreement;

9  WHEREAS the parties are attempting to resolve this issue without requiring Judge
10 Brazil's intervention;

11 WHEREAS the parties believe they will be able to resolve this outstanding issue without
12 judicial intervention within the next seven (7) days;

13 WHEREAS the parties believe that settlement will be finalized and a dismissal of the
14 action filed on or before July 24, 2008.

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  The parties, therefore, respectfully request that the Case Management Conference
2  currently scheduled for July 11, 2008 at 1:30 p.m. be continued to July 25, 2008, or a date at the
3  convenience of the Court.
4  IT IS SO STIPULATED:

5  Dated: July 7, 2008                          ROPERS, MAJESKI, KOHN & BENTLEY

7                                               By: s/Elise R. Vasquez
                                                    MICHAEL J. IOANNOU
8                                                   ELISE R VASQUEZ
                                                    Attorneys for Defendant
9                                                   SONOMA CHEESE FACTORY, LLC

10 Dated: July 7, 2008                          LAW OFFICES OF CURTIS J. MORRIS

12                                              By: s/Curt J. Morris
                                                    CURTIS J. MORRIS
13                                                  Attorneys for Defendants and Counterclaimants
                                                    SONOMA CHEESE FACTORY, LLC, PETE
14                                                  VIVIANI, MARIA VIVIANI and SALLY GRIES

15 Dated: July 7, 2008                          SHAPIRO BUCHMAN PROVINE & PATTON, LLP

17                                              By: s/Robert W. Shapiro
                                                    ROBERT W. SHAPIRO
18                                                  Attorneys for Plaintiff and Counterdefendant
                                                    SONOMA FOODS, INC.

20                                        **ORDER**

22  Just cause having been found, this Court hereby grants a continuance for the Case
23  Management Conference currently scheduled for Friday, July 11, 2008 at 1:30 p.m. ~~to July 25,
2008 at 1:30 p.m. or the following date for the convenience of the Court~~ August 22, 2008 at
24  1:30 p.m.
25  Dated: July 7, 2008

                                                /s/ Jeffrey S. White
26                                              HONORABLE JEFFREY S. WHITE
                                                UNITED STATES DISTRICT COURT JUDGE