Case 3:07-cv-00554-JSW   Document 137   Filed 07/15/2008   Page 1 of 3

1  John H. Patton, Cal. SBN 069261
   Kathryn J. Allen, Cal. SBN 196544
2  Matthew T. Holman, Cal. SBN 250458
   SHAPIRO BUCHMAN PROVINE & PATTON LLP
3  1333 North California Boulevard., Suite 350
   Walnut Creek, CA 94596
4  Telephone:  (925) 944-9700
   Facsimile:  (925) 944-9701
5  E-mail:  jpatton@sbllp.com

6  Attorneys for Plaintiff and Counterdefendant
   SONOMA FOODS, INC.
7
   Curtis J. Morris, Cal. SBN 098662
8  370 W. Napa Street
   Sonoma, CA 95476
9  Telephone:  (707) 938-0861

10 Elise R. Vasquez, Esq., Cal. SBN 201190
   Michael J. Ioannou, Cal. Bar No. 95208
11 ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
12 Redwood City, CA 94063
   Telephone:  (650) 780-1631
13
   Attorneys for Defendant and Counterclaimants
14

FILED
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOMA FOODS, INC., a California corporation, | No. 3:07-CV-00554-JSW |
| Plaintiff, | STIPULATION AND REQUEST FOR DISMISSAL; [PROPOSED] ORDER |
| vs. | |
| SONOMA CHEESE FACTORY, LLC, a California limited liability company et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

It is hereby stipulated and agreed by and between the affected parties, by and through their respective counsel, that the above-captioned case (including all claims and

1 counterclaims) shall be dismissed in its entirety as to all parties, with prejudice.

2 Accordingly, the parties request entry of an order dismissing the entire case (including all

3 claims and counterclaims) as to all parties, with prejudice.

**THE FOREGOING IS SO STIPULATED.**

Dated: July 10, 2008           SHAPIRO BUCHMAN PROVINE & PATTON LLP

By:      /s/ John H. Patton
         John H. Patton
Attorneys for Plaintiff and Counterdefendant
Sonoma Foods, Inc.

Dated: July 11, 2008           CURTIS J. MORRIS, ATTORNEY AT LAW

By:      /s/ Curtis J. Morris
         Curtis J. Morris, Attorney at Law
Lead Attorney for Defendants and
Counterclaimants Sonoma Cheese Factory, LLC;
L. Peter Viviani; Maria Viviani; and Sally Gries

Dated: July 11, 2008           ROPERS, MAJESKI, KOHN & BENTLEY

By:      /s/ Elise Vasquez
         Elise Vasquez
Attorneys for Defendant and Counterclaimant
Sonoma Cheese Factory, LLC

## ATTESTATION OF ELECTRONIC FILING

As the attorney for Plaintiff e-filing this document, I hereby attest that Curtis J. Morris and Elise Vasquez concurred in this filing.

Dated: July 15, 2008           SHAPIRO BUCHMAN PROVINE & PATTON LLP

         /s/ John H. Patton
         John H. Patton
Attorneys for Plaintiff and Counterdefendant
Sonoma Foods, Inc.

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3 | Dated: July 16, 2008      By: _____
                                  Judge Jeffrey S. White

4

5 | United States District Court, Northern District of California

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

210135.1
30053-069

3

STIPULATION AND REQUEST FOR DISMISSAL                    (3:07-CV-00554 (JSW))